# THE COMMONWEALTH COURT OF PENNSYLVANIA

Mark W. Daman and Valerie A.      :
Daman,                                :
                 Petitioners  :
                                :
         v.                 : No. 1009 F.R. 2013
                                :
Commonwealth of Pennsylvania,  :
               Respondent :

## **O R D E R**

AND NOW, this 21st day of December, 2017, the opinion filed October 16, 2017, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____
DAN PELLEGRINI, Senior Judge